UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICIA B. ROCKLAGE, WILLIAM M. ) <br> BEAVER, and DAVID G. JONES ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05 CV 10074 MEL |

**JOINT MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANT PATRICIA B. ROCKLAGE FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Securities and Exchange Commission ("Plaintiff") and Defendant Patricia B. Rocklage ("Defendant") jointly move for an extension of time up to and including February 18, 2005 for Defendant to respond to the Complaint in this matter, and up to and including March 18, 2005 for Plaintiff to respond, if necessary, to any responsive papers filed by Defendant. In support of this motion, the parties state:

1. The Plaintiff filed a Complaint this matter on January 12, 2005.

2. Defendant Patricia B. Rocklage requires a short extension of time to respond to the Complaint, up to and including February 18, 2005.

3. The Plaintiff assents to the short extension of time, provided it has up to and including March 18, 2005 to oppose Plaintiff's responsive pleadings, if necessary.

4. No party will be prejudiced by this short extension of time.

35020893.1

Respectfully submitted,

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>By its attorneys, | PATRICIA B. ROCKLAGE<br>By her attorneys, |

Luke T. Cadigan (Mass. Bar No. 56117)
Daniel P. Barry (Mass. Bar No. 564037)
73 Tremont Street
Suite 600
Boston, MA 02108
(617) 573-8919
(617) 424-5940 (fax)

David E. Marder (BBO No. 552485)
Benjamin D. Stevenson (BBO No. 638121)
ROBINS, KAPLAN MILLER & CIRESI LLP
111 Huntington Ave.
Suite 1300
Boston, MA 02199
(617) 267-2300
(617) 267-8288 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Luke T. Cadigan, Esq., 73 Tremont Street, Suite 600, Boston, MA 02108 by first class mail, postage prepaid, on 1/13/05.

Benjamin D. Stevenson

35020893.1