UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br><br>Plaintiff, )<br><br>v. )<br><br>PATRICIA B. ROCKLAGE, WILLIAM M. BEAVER, and DAVID G. JONES )<br><br>Defendants. ) | Civil Action No. 05 CV 10074 MEL |

## NOTICE OF APPEARANCE

Please enter our appearances as counsel for the defendant David G. Jones.

_____
Brian E. Whiteley (BBO # 555683)
C. Alex Hahn (BBO # 634133)
SCIBELLI, WHITELEY AND STANGANELLI, LLP
50 Federal Street, 5th Floor
Boston, MA 02110
(617) 227-5725

Dated: January 28, 2005