UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19 P 12: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>) Plaintiff, )<br>)<br>v. )<br>)<br>PATRICIA B. ROCKLAGE, )<br>WILLIAM M. BEAVER, and )<br>DAVID G. JONES )<br>)<br>Defendants. )<br>) | C.A. No. 05 CV 10074 MEL |

## JOINT MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANT DAVID G. JONES FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Securities and Exchange Commission ("Plaintiff") and Defendant David G. Jones ("Defendant") jointly move for an extension of time up to and including February 18, 2005 for Defendant to respond to the Complaint in this matter, and up to and including March 18, 2005 for Plaintiff to respond, if necessary, to any responsive papers filed by Defendant. In support of this Motion, the parties state:

1. The Plaintiff filed a Complaint in this matter on January 12, 2005.

2. Defendant David G. Jones requires a short extension of time to respond to the Complaint, up to and including February 18, 2005.

3. The Plaintiff assents to the short extension of time, provided it has up to and including March 18, 2005 to oppose Plaintiff's responsive pleadings, if necessary.

4. No party will be prejudiced by this short extension of time.

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

_____
Luke T. Cadigan (Mass. Bar No. 56117) by DJ w/ permission
Daniel P. Barry (Mass. Bar No. 564037)
73 Tremont Street
Suite 600
Boston, MA 02108
(617) 573-8919
(617) 424-5940 (fax)

DAVID G. JONES

By,

_____
David G. Jones
160 Perrin Place
Charlotte, NC 28207
(704) 338-5940

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Luke T. Cadigan, Esq., 73 Tremont Street, Suite 600, Boston, MA 02108, by first class mail, postage prepaid, on __1/18/05__.

_____
David G. Jones