UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 25  P 2: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION<br><br>Plaintiff<br><br>v.<br><br>PATRICIA B. ROCKLAGE, WILLIAM M. BEAVER, and DAVID G. JONES<br><br>Defendants. | C.A. No. 05-CV-10074 MEL |

### NOTICE OF APPEARANCES

Please enter the appearances of David H. Erichsen and Daniel H. Gold on behalf of defendant Patricia B. Rocklage.

Respectfully Submitted,

_____
David H. Erichsen (BBO #155600)
Daniel H. Gold (BBO #654909)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000 (facsimile)

Dated: January 25, 2005