UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 25 P 2: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA B. ROCKLAGE, WILLIAM M. BEAVER, and DAVID G. JONES<br><br>Defendants. | C.A. No. 05 CV 10074 MEL |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that David E. Marder hereby withdraws his appearance for Defendant Patricia Rocklage. A notice of appearance for successor counsel is filed herewith.

Respectfully submitted,

_/s/ David M._ 1/19/05
David E. Marder (BBO No. 552485)
ROBINS, KAPLAN MILLER & CIRESI LLP
111 Huntington Ave., Suite 1300
Boston, MA 02199
(617) 267-2300
(617) 267-8288 (fax)

35021015.1