UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 31 P 1:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 05 CV 10074 MEL |
| v. | ) ) |
| PATRICIA B. ROCKLAGE, WILLIAM M. BEAVER, and DAVID G. JONES | ) ) ) |
| Defendants. | ) ) ) |

### NOTICE OF APPEARANCE

Please enter our appearances as counsel for the defendant David G. Jones.

/s/ Brian E. Whiteley

Brian E. Whiteley (BBO # 555683)
C. Alex Hahn (BBO # 634133)
SCIBELLI, WHITELEY AND
STANGANELLI, LLP
50 Federal Street, 5th Floor
Boston, MA 02110
(617) 227-5725

Dated: January 28, 2005

**SCIBELLI, WHITELEY and STANGANELLI, LLP**
50 Federal Street, 5th Floor, Boston, MA 02110
617-227-5725 • Fax 617-722-6003
www.swsllp.com

*Partners*
Anthony A. Scibelli
Joseph L. Stanganelli
Brian E. Whiteley

Douglas G. Moxham, *Senior Counsel*
Susan M. Curtin, *Of Counsel*
Alex Hahn, *Associate*

FILED
IN CLERKS OFFICE
2005 JAN 31 P 1: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

January 31, 2005

*Via Hand Delivery*

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02110

    Re:    <u>Securities and Exchange Commission v. Rocklage et al.</u>
             <u>Civil Action No. 05 CV 10074 MEL</u>

Dear Sir/Madam:

    At Judge Lasker's request, please find a courtesy copy of a Notice of Appearance, filed on January 28, 2005 in the above-captioned matter.

Thank you for your attention to this matter.

                              Sincerely,

                              Lindsay B. Kohout
                              Legal Assistant

Enclosure