UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -8  P 3:56

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) C.A. No. 05 CV 10074 MEL |
| v. | ) |
|  | ) |
| PATRICIA B. ROCKLAGE, WILLIAM M. BEAVER, and DAVID G. JONES | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David E. Marder and Benjamin D. Stevenson hereby enter their appearance for Defendant William M. Beaver.

Respectfully submitted,

_____
David E. Marder (BBO No. 552485)
Benjamin D. Stevenson (BBO No. 638121)
ROBINS, KAPLAN MILLER & CIRESI LLP
111 Huntington Ave., Suite 1300
Boston, MA 02199
(617) 267-2300
(617) 267-8288 (fax)

Dated: February 8, 2005

35021394.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following, by first class mail, postage prepaid, on February 8, 2005:

Luke T. Cadigan, Esq.
73 Tremont Street, Suite 600
Boston, MA 02108

David H. Erichsen
WILMER CUTLER PICKERING
HALE & DORR LLP
60 State Street
Boston, MA 02109

Brian Whiteley, Esq.
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street, Fifth Floor
Boston, MA 02110

David E. Marder

35021394.1