UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 18 P 1:46

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICIA B. ROCKLAGE, WILLIAM M. ) <br> BEAVER, and DAVID G. JONES ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05 CV 10074 MEL |

## DEFENDANT WILLIAM M. BEAVER'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Fed. R. Civ. P. 12 (b)(6), Defendant William M. Beaver respectfully moves to dismiss the Complaint filed by Plaintiff Securities and Exchange Commission. The grounds for this motion are set forth in the Memorandum of Law in Support of Defendant William M. Beaver's Motion to Dismiss for Failure to State a Claim filed herewith.

Respectfully submitted,

WILLIAM M. BEAVER

By his attorneys,

/s/ David E. Marder

David E. Marder (BBO No. 552485)
Benjamin D. Stevenson (BBO No. 638121)
ROBINS, KAPLAN MILLER & CIRESI LLP
111 Huntington Ave.
Suite 1300
Boston, MA 02199
(617) 267-2300
(617) 267-8288 (fax)

Dated: February 18, 2005

Word 35021659.1

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that I have conferred in good faith with plaintiff's counsel in a good faith effort to resolve or narrow the issues presented by this motion.

David E. Marder

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following, by first class mail, postage prepaid, on February 18, 2005:

Luke T. Cadigan, Esq.
Securities and Exchange Commission
73 Tremont Street, Suite 600
Boston, MA 02108

David H. Erichsen
WILMER CUTLER PICKERING
HALE & DORR LLP
60 State Street
Boston, MA 02109

Brian Whiteley, Esq.
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street, Fifth Floor
Boston, MA 02110

David E. Marder

2

Word 35021659.1