UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PATRICIA B. ROCKLAGE, WILLIAM M. )<br>BEAVER, and DAVID G. JONES, )<br>)<br>Defendants. )<br>) | Civil Action No.<br>05-CV-10074-MEL |

**ASSENTED-TO MOTION TO EXTEND DEADLINE FOR
FILING OF COMMISSION'S OPPOSITION TO MOTIONS TO DISMISS**

Plaintiff Securities and Exchange Commission (the "Commission") hereby respectfully requests that the deadline for the filing of its opposition to Defendants' Motions to Dismiss be extended from March 18, 2005 to April 18, 2005. In support of this motion, the Commission states that the additional time will allow the parties to continue discussions as to a possible resolution of this matter.

Counsel for Defendants Patricia B. Rocklage, William M. Beaver, and David G. Jones have informed Commission counsel that they assent to this motion.

1

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its attorneys,

_____/s/_____
Luke T. Cadigan (Mass. Bar No. 56117)
  Senior Trial Counsel
Daniel P. Barry (Mass. Bar No.564037)
  Senior Counsel
73 Tremont Street, Suite 600
Boston, MA 02108
(617) 573-8919 (Cadigan)
(617) 424-5940 (facsimile)

Dated:  March 8, 2005

## Certificate of Service

       I certify that on March 8, 2005, I caused a copy of the foregoing to be served upon the following counsel electronically through the ECF system and by first-class mail:

David H. Erichsen, Esq
Daniel H. Gold, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6950

David E. Marder, Esq.
Benjamin D. Stevenson, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
111 Huntington Ave., Suite 1300
Boston, MA 02199
617-859-2750

Brian E. Whiteley, Esq.
C. Alex Hahn, Esq.
Scibelli, Whiteley and Stanganelli, LLP
50 Fedeal Street, 5th Floor
Boston, MA 02110
(617) 227-5725

                                                                                              _____/s/_____
                                                                                                 Luke T. Cadigan