UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 30 P 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICIA B. ROCKLAGE, WILLIAM M. ) <br> BEAVER, and DAVID G. JONES ) <br> ) <br> Defendants. ) | C.A. No. 05 CV 10074 MEL |

## NOTICE OF CHANGE OF ADDRESS

TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective **April 1, 2005**, the firm of Robins, Kaplan, Miller & Ciresi L.L.P. will be relocating. The new address is as follows:

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, Suite 2500
Boston, MA 02199

The telephone and facsimile numbers will remain the same.

Respectfully submitted,

WILLIAM M. BEAVER

By his attorneys,

David E. Marder (BBO No. 552485)
Benjamin D. Stevenson (BBO No. 638121)
ROBINS, KAPLAN MILLER & CIRESI LLP
111 Huntington Ave.
Suite 1300
Boston, MA 02199
(617) 267-2300
(617) 267-8288 (fax)

Dated: March 29, 2005

Word 35022373.1

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the following, by first class mail, postage prepaid, on March 29, 2005:

Luke T. Cadigan, Esq.  
Securities and Exchange Commission  
73 Tremont Street, Suite 600  
Boston, MA 02108

David H. Erichsen  
WILMER CUTLER PICKERING  
HALE & DORR LLP  
60 State Street  
Boston, MA 02109

Brian Whiteley, Esq.  
Scibelli, Whiteley and Stanganelli, LLP  
50 Federal Street, Fifth Floor  
Boston, MA 02110

_____  
David E. Marder

2