UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA B. ROCKLAGE, WILLIAM M. BEAVER and DAVID G. JONES,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-CV-10074-MEL |

### SECURITIES AND EXCHANGE COMMISSION'S
### ASSENTED-TO MOTION TO EXCEED TWENTY-PAGE LIMIT

Plaintiff, the Securities and Exchange Commission (the "SEC"), respectfully seeks leave of the Court file an opposing memorandum in excess of the twenty-page limit set forth in Local Rule 7.1. In support of its request, the SEC states:

1. The SEC is responding to motions to dismiss filed by each of the three defendants.

2. If the SEC filed separate oppositions to each of the motions, the SEC would be permitted to file up to 60 pages in total in opposing memoranda under Local Rule 7.1. Given that the defendants raise many of the same issues in their motions, however, the SEC is seeking to file a single opposition addressing these issues.

3. Given the complexity and novelty of the issues raised in the defendants' motion, the SEC needs more than 20 pages to respond to these arguments and, subject to the decision on this motion, the SEC is filing herewith a memorandum of 27 pages in length.

4. Counsel for defendants have assented to this motion

Accordingly, the SEC requests leave of the Court to file a memorandum in excess of the twenty-page limit set forth in Local Rule 7.1.

        Respectfully submitted,

        **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

        By its attorneys,

        _/s/ Luke Cadigan_
        Luke T. Cadigan (Mass. Bar No. 561117)
         Senior Trial Counsel
        Daniel P. Barry (Mass. Bar No. 564037)
         Senior Counsel
        73 Tremont Street, Suite 600
        Boston, MA 02108
        (617) 573-8919 (Cadigan)
        (617) 424-5940 (facsimile)

Dated: April 18, 2005

## Certificate of Service

I certify that on April 18, 2005, I caused a copy of the foregoing to be served upon the following counsel electronically through the ECF system and by first-class mail:

David H. Erichsen, Esq
Daniel H. Gold, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6950

David E. Marder, Esq.
Benjamin D. Stevenson, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
111 Huntington Ave., Suite 1300
Boston, MA 02199
617-859-2750

Brian E. Whiteley, Esq.
C. Alex Hahn, Esq.
Scibelli, Whiteley and Stanganelli, LLP
50 Fedeal Street, 5th Floor
Boston, MA 02110
(617) 227-5725

_____
Luke T. Cadigan