UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION<br><br>    Plaintiff<br><br>v.<br><br>PATRICIA B. ROCKLAGE, WILLIAM M. BEAVER, and DAVID G. JONES<br><br>    Defendants. | C.A. No. 05-CV-10074 MEL |

**ASSENTED-TO MOTION OF DEFENDANT PATRICIA B. ROCKLAGE FOR
LEAVE TO FILE REPLY MEMORANDUM**

Defendant Patricia B. Rocklage hereby requests leave to file a Reply Memorandum of Law in further support of her Motion to Dismiss. In support of her request, Mrs. Rocklage states that she believes the Reply Memorandum will aid the Court in its determination of the issues presented, and is necessary to adequately address some of the issues raised in the Securities and Exchange Commission's Memorandum Of Law In Opposition to the Motion to Dismiss. Counsel for the Securities and Exchange Commission has assented to this motion.

Respectfully Submitted,

/s/ Daniel H. Gold
David H. Erichsen (BBO #155600)
Daniel H. Gold (BBO #654909)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000 (facsimile)
*Attorneys for defendant Patricia B. Rocklage*

Dated: April 28, 2005

- 2 -

CERTIFICATE OF SERVICE

I, Daniel H. Gold, hereby certify that I caused a copy of the within document to be served electronically on:

Luke T. Cadigan
U.S. Securities and Exchange Commission
Boston District Office
73 Tremont Street
Suite 600
Boston, MA 02108
617-573-8919
Fax: 617-424-5940

Brian E. Whiteley
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street
5th Floor
Boston, MA 02110
617-227-5725
Fax: 617-722-6003

David E. Marder
Robins, Kaplan, Miller & Ciresi L.L.P.
111 Huntington Avenue
Boston, MA 02199
617-267-2300
Fax: 617-267-8288

/s/ Daniel H. Gold
Daniel H. Gold

Dated: April 28, 2005