UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|                                                        |     |                          |
|--------------------------------------------------------|-----|--------------------------|
| SECURITIES AND EXCHANGE COMMISSION                     | )   |                          |
|                                                        | )   |                          |
| Plaintiff,                                             | )   |                          |
|                                                        | )   | C.A. No. 05 CV 10074 MEL |
| v.                                                     | )   |                          |
|                                                        | )   |                          |
| PATRICIA B. ROCKLAGE, WILLIAM M.                       | )   |                          |
| BEAVER, and DAVID G. JONES                             | )   |                          |
|                                                        | )   |                          |
| Defendants.                                            | )   |                          |

_____)

**DEFENDANT DAVID G. JONES'**
**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN**
**SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Pursuant to Local Rule 7.1(B)(3), Defendant David G. Jones ("Jones") moves for leave to

file a reply memorandum in support of his motion pursuant to Federal Rule of Civil Procedure

12(b)(6) to dismiss the Complaint of Plaintiff Securities and Exchange Commission (the

"Commission").

As grounds for this motion, Jones states that the reply will assist the Court in its

consideration of the legal issues surrounding the motions to dismiss that have been interposed by

each of the defendants in this matter.  As the motions to dismiss implicate several different legal

issues, Jones' reply will be helpful in elucidating the issues relevant to Jones in particular.

The Commission has assented to this motion.

WHEREFORE, for the foregoing reasons, Defendant David G. Jones respectfully

requests that the Court grant his motion for leave to file a reply to the Securities and Exchange

Commission's Opposition to Defendants' Motions to Dismiss.

Respectfully submitted,

Defendant
David G. Jones
By his attorneys,

/s/ Brian E. Whiteley
Brian E. Whiteley (BBO #555683)
C. Alex Hahn (BBO #634133)
SCIBELLI , WHITELEY AND STANGANELLI, LLP
50 Federal Street, 5th Floor
Boston, MA 02110
(617) 227-5725

Dated: April 28, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 28, 2005, I caused a true copy of the above document to be served upon the following counsel electronically through the ECF system and by United States mail, first class, postage prepaid:


Luke T. Cadigan, Esq.                                   David H. Erichsen
73 Tremont Street, Suite 600                     Daniel H. Gold
Boston, MA 02108                                       WILMER CUTLER PICKERING
                                                                  HALE & DORR LLP
                                                                 60 State Street
                                                                 Boston, MA 02109


David E. Marder
Benjamin D. Stevenson
ROBINS, KAPLAN MILLER
 & CIRESI LLP
111 Huntington Ave.
Suite 1300
Boston, MA 02199
(617) 267-2300
(617) 267-8288 (fax)


                                                        /s/ Brian E. Whiteley
                                                        Brian E. Whiteley