UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PATRICIA B. ROCKLAGE, WILLIAM M. )<br>BEAVER, and DAVID G. JONES )<br>)<br>Defendants. )<br>) | C.A. No. 05 CV 10074 MEL |

**ASSENTED-TO MOTION BY DEFENDANT WILLIAM M. BEAVER FOR LEAVE
TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

Defendant William M. Beaver ("Beaver") respectfully moves for leave to file the Reply Memorandum submitted concurrently herewith. As grounds for this motion, Beaver states that a short reply is required to address the arguments set forth in the Commission's Opposition.

Counsel for Plaintiff Securities and Exchange Commission have informed counsel for Beaver that it assents to this motion.

Respectfully submitted,

WILLIAM M. BEAVER

By his attorneys,

_____
David E. Marder (BBO No. 552485)
Benjamin D. Stevenson (BBO No. 638121)
ROBINS, KAPLAN MILLER & CIRESI LLP
111 Huntington Ave.
Suite 1300
Boston, MA 02199
(617) 267-2300
(617) 267-8288 (fax)

Dated: April 27, 2005

Word 35023182.1

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that I have conferred in good faith with plaintiff's counsel in a good faith effort to resolve or narrow the issues presented by this motion.

_____
David E. Marder

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following, by first class mail, postage prepaid, on April 13, 2005:

Luke T. Cadigan, Esq.
Securities and Exchange Commission
73 Tremont Street, Suite 600
Boston, MA 02108

David H. Erichsen
WILMER CUTLER PICKERING
HALE & DORR LLP
60 State Street
Boston, MA 02109

Brian Whiteley, Esq.
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street, Fifth Floor
Boston, MA 02110

_____
David E. Marder

2

Word 35023182.1