UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION<br><br>Plaintiff<br><br>v.<br><br>PATRICIA B. ROCKLAGE, WILLIAM M. BEAVER, and DAVID G. JONES<br><br>Defendants. | C.A. No. 05-CV-10074 MEL |

## NOTICE OF WITHDRAWAL OF DANIEL H. GOLD

Daniel H. Gold of Wilmer Cutler Pickering Hale and Dorr LLP hereby gives notice that he will no longer serve as counsel for defendant Patricia B. Rocklage in this action. The appearances of other attorneys from Wilmer Cutler Pickering Hale and Dorr LLP remain in effect and are not affected by this withdrawal.

.

                                                  Respectfully Submitted,

                                                  /s/ Daniel H. Gold_____
                                                  Daniel H. Gold (BBO #654909)
                                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                                  60 State Street
                                                  Boston, Massachusetts 02109
                                                  (617) 526-6000
                                                  (617) 526-5000 (facsimile)

Dated: July 1, 2005