UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES & EXCHANGE COMMISSION

    Plaintiff

v.

PATRICIA B. ROCKLAGE, WILLIAM M. BEAVER, and DAVID G. JONES

    Defendants.

C.A. No. 05-CV-10074 MEL

**DEFENDANTS' MOTION TO RECONSIDER ORDER DENYING THEIR MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. §1292(b)**

Defendants Patricia M. Rocklage, William M. Beaver, and David G. Jones (collectively, "Defendants") respectfully move for reconsideration of the Court's August 23, 2005, Memorandum and Order ("Order") denying their motion to dismiss the Complaint or, in the alternative, for certification of the Order for interlocutory appeal pursuant to 28 U.S.C. §1292(b). Defendants submit, with due respect to the Court, that the Order was based on a materially incorrect reading of the facts of *United States v. O'Hagan*, 521 U.S. 642 (1997), controlling Supreme Court precedent which holds that there can be no liability under the misappropriation theory of insider trading where (as here) the defendant discloses her intent to her source. Alternatively, if reconsideration is denied, Defendants request this Court to certify for interlocutory appeal the dispositive legal question whether, in light of *O'Hagan*, the Securities and Exchange Commission can proceed against Defendants on a misappropriation theory despite

Rocklage's prior disclosure to her husband, the source of the inside information. Specifically as to certification, Defendants request that the Court amend the Order to include the required statutory language noting that the Order "involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." If the Court grants certification, then Defendants also request a stay of all further proceedings in this Court pending resolution by the First Circuit of the application for interlocutory appeal and the subsequent appeal. A supporting memorandum setting forth the full reasons and relevant authorities accompanies this motion.

Respectfully Submitted,

/s/ David H. Erichsen
David H. Erichsen (BBO #155600)
Peter Spaeth (BBO #545202)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000 (facsimile)
*Attorneys for defendant Patricia B. Rocklage*

/s/ David E. Marder
David E. Marder (BBO #552485)
Robins, Kaplan, Miller & Ciresi LLP
111 Huntington Avenue
Boston, MA 02199
617-267-2300
Fax: 617-267-8288
*Attorneys for defendant William M. Beaver*

/s/ Brian E. Whiteley
Brian E. Whiteley (BBO #555683)
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street, 5th Floor

                                                  Boston, MA 02110
                                                  617-227-5725
                                                  Fax: 617-722-6003
                                                  *Attorneys for defendant David G. Jones*

Dated:  September 13, 2005