UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA B. ROCKLAGE, WILLIAM M. BEAVER and DAVID G. JONES,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-CV-10074-MEL |

**SECURITIES AND EXCHANGE COMMISSION'S
NOTICE OF CHANGE OF ADDRESS**

To the Clerk of this Court and all parties of record:

Please note that the Boston District Office of the Securities and Exchange Commission will be relocating. As of February 27, 2006, the new address will be:

> 33 Arch Street
> 23rd floor
> Boston, MA 02110-1424

The new facsimile number will be 617-573-4590. The telephone numbers will remain the same.

        Respectfully submitted,

        **UNITED STATES SECURITIES AND**
        **EXCHANGE COMMISSION**

        By its attorneys,

        */s/ Luke Cadigan*
        Luke T. Cadigan (Mass. Bar No. 561117)
          Senior Trial Counsel
        Daniel P. Barry (Mass. Bar No. 564037)
          Senior Counsel
        73 Tremont Street, Suite 600
        Boston, MA 02108
        (617) 573-8919 (Cadigan)
        (617) 424-5940 (facsimile)

Dated: February 15, 2006

## Certificate of Service

I certify that on February 15, 2006, I caused a copy of the foregoing to be served upon the following counsel electronically through the ECF system:

David H. Erichsen, Esq.
Peter Spaeth, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109

David E. Marder, Esq.
Benjamin D. Stevenson, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
800 Boylston Street, Suite 2500
Boston, MA 02199

Brian E. Whiteley, Esq.
C. Alex Hahn, Esq.
Scibelli, Whiteley and Stanganelli, LLP
50 Fedeal Street, 5th Floor
Boston, MA 02110

*/s/ Luke T. Cadigan*
Luke T. Cadigan