# United States Court of Appeals
## For the First Circuit

No. 06-1571
D.C. No. 05-10074

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff, Appellee

v.

PATRICIA B. ROCKLAGE; WILLIAM M. BEAVER;
DAVID G. JONES,

Defendants, Appellants

**CASE OPENING NOTICE**

Dated: April 4, 2006

On April 4, 2006, this court granted the petition for permission to appeal filed by Patricia Rocklage, William Beaver and David Jones in No. 05-8019. All parties are directed to use the above case caption for all future filings, including briefs and appendices.

By April 14, 2006, the appellant, must pay the district clerk a filing fee in the amount of $255.00. See F.R.A.P. 5(d). A notice of appeal need not be filed. The district clerk will notify the circuit clerk once the appellant has paid the filing fee.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature]  Date: 4/4/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk.

[Certified copy: Sarah A. Thornton, Clerk of the United States District Court of Massachusetts]

[cc: Daniel P. Barry, Esq., Luke T. Cadigan, Esq., Randall W. Quinn, Esq., Benjamin D. Stevenson, Esq., David H. Erichsen, Esq., Peter A. Spaeth, Esq., Pratik A. Shah, Esq., David Edward Marder, Esq., Brian E. Whiteley, Esq., Charles A. Hahn, Esq.]