# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10074

Securities and Exchange Commission

v.

Patricia B. Rocklage, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-39

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal (Petition filed directly in the United States Court of Appeals for the First Circuit) filed on 4/4/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 5, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/6/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10074-MEL

Securities and Exchange Commission v. Rocklage et al
Assigned to: Senior Judge Morris E. Lasker
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 01/12/2005
Jury Demand: Both
Nature of Suit: 850 Securities/Commodities
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Securities and Exchange Commission**    represented by    **Daniel P. Barry**
Securities and Exchange Commission - MA
33 Arch Street
23rd Floor
Boston, MA 02110-1424
617-573-8908
Fax: 617-424-5940
Email: barryd@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Luke T. Cadigan**
U.S. Securities and Exchange Commission
Boston Distict Office
33 Arch Street
23 rd Floor
Boston, MA 02110-1424
617-573-8919
Fax: 617-573-4590
Email: cadiganl@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Patricia B. Rocklage**    represented by    **Benjamin D. Stevenson**
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston Stret
Suite 2500
Boston, MA 02199
617-267-2300
Fax: 617-267-8288
Email: bdstevenson@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel H. Gold**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
214-651-5154
Fax: 214-200-0526
Email: daniel.gold@haynesboone.com.
*TERMINATED: 07/01/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Erichsen**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
Email: david.erichsen@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David E. Marder**
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston Street
Suite 2500
Boston, MA 02199

        617-267-2300
        Fax: 617-267-8288
        Email:
        DEMARDER@RKMC.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**William M. Beaver**    represented by   **Benjamin D. Stevenson**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **David E. Marder**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**David G. Jones**    represented by   **Charles A. Hahn**
        Scibelli, Whiteley and
        Stanganelli, LLP
        50 Federal Street
        5th Floor
        Boston, MA 02110
        617-227-5725
        Fax: 617-722-6003
        Email: ahahn@swsllp.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Brian E. Whiteley**
        Scibelli, Whiteley and
        Stanganelli, LLP
        50 Federal Street
        5th Floor
        Boston, MA 02110
        617-227-5725
        Fax: 617-722-6003
        Email: bwhiteley@swsllp.com
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2005 | 1 | COMPLAINT against Patricia B. Rocklage, William M. Beaver, David G. Jones Filing fee: None needed , filed by Securities and Exchange Commission.(Howarth, George) (Entered: 01/13/2005) |
| 01/12/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Howarth, George) (Entered: 01/13/2005) |
| 01/12/2005 |  | Summons Issued as to Patricia B. Rocklage, William M. Beaver, David G. Jones. (Howarth, George) (Entered: 01/13/2005) |
| 01/14/2005 | 2 | JOINT MOTION for Extension of Time to February 18, 2005 to File Answer re 1 Complaint by Securities and Exchange Commission, Patricia B. Rocklage.(Howarth, George) (Entered: 01/20/2005) |
| 01/19/2005 | 3 | JOINT MOTION for Extension of Time to February 18, 2005 to File Answer re 1 Complaint and up to and including March 18, 2005 for the pltf to respond. by Securities and Exchange Commission, David G. Jones.(Howarth, George) (Entered: 01/26/2005) |
| 01/25/2005 | 5 | JOINT MOTION for Extension of Time to February 18,2005 to File Answer re 1 Complaint and the pltf have up to and including March 18, 2005 to file response. by Securities and Exchange Commission, William M. Beaver.(Howarth, George) (Entered: 01/31/2005) |
| 01/25/2005 | 7 | NOTICE of Withdrawal of Appearance Attorney David E. Marder terminated. (Howarth, George) (Entered: 01/31/2005) |
| 01/25/2005 | 8 | NOTICE of Withdrawal of Appearance Attorney Benjamin D. Stevenson terminated. (Howarth, George) (Entered: 01/31/2005) |
| 01/25/2005 |  | Judge Morris E. Lasker : ORDER entered granting 2 Motion for Extension of Time to Answer re 1 Complaint Patricia B. Rocklage answer due 2/18/2005. (Howarth, George) (Entered: 01/31/2005) |
| 01/27/2005 |  | Judge Morris E. Lasker : Electronic ORDER entered granting 3 Motion for Extension of Time to Answer re 1 Complaint |

|  |  |  |
|---|---|---|
|  |  | Securities and Exchange Commission answer due 2/18/2005; David G. Jones answer due 2/18/2005. (Howarth, George) (Entered: 02/02/2005) |
| 01/28/2005 | 4 | NOTICE of Appearance by Brian E. Whiteley on behalf of David G. Jones (Whiteley, Brian) (Entered: 01/28/2005) |
| 01/31/2005 | 6 | NOTICE of Appearance by Daniel H. Gold, David H. Erichsen on behalf of Patricia B. Rocklage (Howarth, George) (Entered: 01/31/2005) |
| 01/31/2005 | 9 | NOTICE of Appearance by Charles A. Hahn, Brian E. Whiteley on behalf of David G. Jones (Howarth, George) (Entered: 02/04/2005) |
| 02/01/2005 |  | Judge Morris E. Lasker : Electronic ORDER entered granting 5 Motion for Extension of Time to Answer re 1 Complaint William M. Beaver answer due 2/18/2005. (Howarth, George) (Entered: 02/07/2005) |
| 02/08/2005 | 10 | NOTICE of Appearance by Benjamin D. Stevenson, David E. Marder on behalf of William M. Beaver (Howarth, George) Additional attachment(s) added on 2/16/2005 (Howarth, George). (Entered: 02/16/2005) |
| 02/11/2005 |  | ***Attorney David E. Marder for William M. Beaver added. (Howarth, George) (Entered: 02/11/2005) |
| 02/18/2005 | 11 | MOTION to Dismiss *For Failure to State a Claim* by David G. Jones.(Whiteley, Brian) (Entered: 02/18/2005) |
| 02/18/2005 | 12 | MEMORANDUM in Support re 11 MOTION to Dismiss *For Failure to State a Claim* filed by David G. Jones. (Whiteley, Brian) (Entered: 02/18/2005) |
| 02/18/2005 | 13 | MOTION to Dismiss by Patricia B. Rocklage.(Gold, Daniel) (Entered: 02/18/2005) |
| 02/18/2005 | 14 | MEMORANDUM in Support re 13 MOTION to Dismiss filed by Patricia B. Rocklage. (Gold, Daniel) (Entered: 02/18/2005) |
| 02/18/2005 | 15 | MOTION to Dismiss for failure to state a claim by William M. Beaver.(Howarth, George) (Entered: 03/02/2005) |
| 02/18/2005 | 16 | MEMORANDUM in Support re 15 MOTION to Dismiss filed by William M. Beaver. (Howarth, George) (Entered: 03/02/2005) |

| | | |
|---|---|---|
| 03/08/2005 | 17 | Assented to MOTION for Extension of Time to 4/18/05 to file opposition to motions to dismiss by Securities and Exchange Commission.(Cadigan, Luke) (Entered: 03/08/2005) |
| 03/14/2005 | | Judge Morris E. Lasker : ORDER entered granting 17 Motion for Extension of Time to file opposition to motion to dimiss, up to and including April 18, 2005 (Howarth, George) (Entered: 03/15/2005) |
| 03/30/2005 | 18 | NOTICE of Change of Address by David E. Marder, Benjamin D. Stevenson (Howarth, George) (Entered: 04/04/2005) |
| 04/18/2005 | 19 | Assented to MOTION for Leave to File Excess Pages *in Opposing Memorandum* by Securities and Exchange Commission.(Cadigan, Luke) (Entered: 04/18/2005) |
| 04/18/2005 | 20 | Opposition re 15 MOTION to Dismiss, 11 MOTION to Dismiss *For Failure to State a Claim*, 13 MOTION to Dismiss filed by Securities and Exchange Commission. (Cadigan, Luke) (Entered: 04/18/2005) |
| 04/28/2005 | 21 | MOTION for Leave to File *Reply Memorandum (Assented-To)* by Patricia B. Rocklage.(Gold, Daniel) (Entered: 04/28/2005) |
| 04/28/2005 | 22 | REPLY to Response to Motion re 13 MOTION to Dismiss filed by Patricia B. Rocklage. (Gold, Daniel) (Entered: 04/28/2005) |
| 04/28/2005 | 23 | Assented to MOTION for Leave to File *Reply Memorandum in Support of Motion to Dismiss for Failure to State a Claim* by David G. Jones.(Whiteley, Brian) (Entered: 04/28/2005) |
| 04/28/2005 | 24 | MEMORANDUM in Support re 11 MOTION to Dismiss *For Failure to State a Claim* filed by David G. Jones. (Whiteley, Brian) (Entered: 04/28/2005) |
| 04/28/2005 | 25 | ASSENTED TO MOTION for Leave to File Reply Memo in support of Motion to Dismiss. by William M. Beaver. (Howarth, George) (Entered: 05/04/2005) |
| 05/03/2005 | | Judge Morris E. Lasker : ORDER entered granting 21 Motion for Leave to File (Howarth, George) (Entered: 05/05/2005) |
| 05/03/2005 | | Judge Morris E. Lasker : ORDER entered granting 23 Motion for Leave to File (Howarth, George) (Entered: 05/05/2005) |
| 05/04/2005 | | Judge Morris E. Lasker : ORDER entered granting 25 Motion for Leave to File (Howarth, George) (Entered: 05/04/2005) |

| | | |
|---|---|---|
| 05/04/2005 | 26 | REPLY to Response to Motion re 15 MOTION to Dismiss filed by William M. Beaver. (Howarth, George) (Entered: 05/04/2005) |
| 05/04/2005 | | NOTICE of Hearing on Motion 11 MOTION to Dismiss *For Failure to State a Claim*, 13 MOTION to Dismiss, 15 MOTION to Dismiss: Motion Hearing set for 6/22/2005 02:15 PM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 05/04/2005) |
| 06/22/2005 | | Clerk's Notes for proceedings held before Judge Morris E. Lasker : Motion Hearing held on 6/22/2005 re 15 MOTION to Dismiss filed by William M. Beaver,, 11 MOTION to Dismiss *For Failure to State a Claim* filed by David G. Jones,, 13 MOTION to Dismiss filed by Patricia B. Rocklage,.Arguments.Motions taken under advisement. (Court Reporter none.) (Howarth, George) (Entered: 06/23/2005) |
| 07/01/2005 | 27 | NOTICE of Withdrawal of Appearance Attorney Daniel H. Gold terminated. (Gold, Daniel) (Entered: 07/01/2005) |
| 08/23/2005 | 28 | Judge Morris E. Lasker : ORDER entered denying 11 Motion to Dismiss, denying 13 Motion to Dismiss, denying 15 Motion to Dismiss. For Full Text See Docket No.[ 28]. (Howarth, George) (Entered: 08/24/2005) |
| 09/13/2005 | 29 | MOTION for Reconsideration re 28 Order on Motion to Dismiss,, *or, in the Alternative, Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. Sec.1292(b)* by Patricia B. Rocklage, William M. Beaver, David G. Jones.(Erichsen, David) (Entered: 09/13/2005) |
| 09/13/2005 | 30 | MEMORANDUM in Support re 29 MOTION for Reconsideration re 28 Order on Motion to Dismiss,, *or, in the Alternative, Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. Sec.1292(b)* filed by Patricia B. Rocklage, William M. Beaver, David G. Jones. (Erichsen, David) (Entered: 09/13/2005) |
| 09/14/2005 | 31 | ANSWER to Complaint with Jury Demand by Patricia B. Rocklage.(Erichsen, David) (Entered: 09/14/2005) |
| 09/14/2005 | 32 | ANSWER to Complaint with Jury Demand by David G. Jones. (Whiteley, Brian) (Entered: 09/14/2005) |
| 09/14/2005 | 34 | ANSWER to Complaint with Jury Demand by William M. Beaver.(Howarth, George) (Entered: 09/20/2005) |

| | | |
|---|---|---|
| 09/16/2005 | 33 | NOTICE of Scheduling Conference Scheduling Conference set for 10/27/2005 02:15 PM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 09/16/2005) |
| 09/27/2005 | 35 | Opposition re 29 MOTION for Reconsideration re 28 Order on Motion to Dismiss,, *or, in the Alternative, Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. Sec.1292(b)* filed by Securities and Exchange Commission. (Cadigan, Luke) (Entered: 09/27/2005) |
| 09/28/2005 |  | Electronic NOTICE of Hearing on Motion 29 MOTION for Reconsideration re 28 Order on Motion to Dismiss,, *or, in the Alternative, Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. Sec.1292(b)*: Motion Hearing set for 10/17/2005 10:00 AM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) Modified on 10/3/2005 (Howarth, George). (Entered: 09/28/2005) |
| 10/14/2005 | 36 | MOTION for Leave to File *(Unopposed) Reply Memo In Support of Motion to Reconsider* by William M. Beaver. (Attachments: # 1 Attachment A)(Marder, David) (Entered: 10/14/2005) |
| 10/17/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker : Motion Hearing held on 10/17/2005 re 29 MOTION for Reconsideration re 28 Order on Motion to Dismiss,, *or, in the Alternative, Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. Sec.1292(b)* filed by Patricia B. Rocklage,, William M. Beaver,, David G. Jones,.Arguments heard,and taken under advisement. (Court Reporter none.) (Howarth, George) (Entered: 10/20/2005) |
| 12/14/2005 | 37 | Judge Morris E. Lasker : ORDER entered granting in part and denying in part 29 Motion for Reconsideration is Denied, the Certification of the Order for Interlocutory Appeal is Granted For Full Text see Docket No. [ 37 ] (Howarth, George) (Entered: 12/15/2005) |
| 12/28/2005 |  | Judge Morris E. Lasker : Electronic ORDER entered granting 19 Motion for Leave to File Excess Pages (Howarth, George) (Entered: 12/28/2005) |
| 02/15/2006 | 38 | NOTICE of Change of Address by Luke T. Cadigan *Securities and Exchange Commission* (Cadigan, Luke) (Entered: 02/15/2006) |
| | | |

| 04/05/2006 |  39 | USCA CASE OPENING NOTICE: On April 4, 2006, this court granted the petition for permission to appeal filed by Patricia Rocklage, William Beaver and David Jones in No. 05-8019. All parties are directed to unse the above case caption for all further filings, including briefs and appendices. By April 14, 2006, the appellant, must pay the district clerk a filing fee in the amount of $255.00. A notice of appeal need not be filed. The clerk will notify the circuit clerk once the appellant has paid the filing fee. (Ramos, Jeanette) (Entered: 04/05/2006) |