# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Rocklage Distribution Fund in the Order to Appoint a Tax Administrator, Civil Action No. 05-CV-10074-MEL filed on November 8, 2007.

3. Pursuant to our engagement agreement with the SEC, attached is a true and correct copy of our invoice for preparation and filing of the 2007 qualified settlement fund tax returns and related tax compliance services for the SEC v Rocklage Distribution Fund.

4. Please remit payment in the amount of $1,675.00 via wire transfer or check according to the instructions listed on the attached invoice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 18, 2008 in Half Moon Bay, California.

_____
Jude P. Damasco

# Damasco & Associates LLP

PO Box 45719
San Francisco, CA 94145-0719
650-726-4100
FEIN 20-3042202

Daniel Barry
SEC v Rocklage Distribution Fund
U.S. Securities & Exchange Commission
33 Arch Street, 23rd Floor
Boston, MA  02110-1424              CATS: B-01805  -  Case Number:1:05-CV-10074-MEL

Invoice No.    17705
Date           Monday, February 18, 2008
Client No.     008348

| SERVICE | AMOUNT |
|---|---|
| Preparation and Filing of 2007 US and MA Qualified Settlement Fund Tax Returns. | 1,675.00 |
| Current Amount Due | 1,675.00 |
| Prior Balance | 0.00 |
| Total Amount Due | $ 1,675.00 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER
OR CHECK ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO: UNION BANK OF CALIFORNIA
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP

OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
700 MONTE VISTA LANE
HALF MOON BAY, CA 94019