UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PATRICIA B. ROCKLAGE, WILLIAM M. )<br>BEAVER AND DAVID G. JONES, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 05-10074-MEL |

### [~~PROPOSED~~] ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

Having reviewed Plaintiff Securities and Exchange Commission's ("Commission") Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator and the supporting Declaration of Jude P. Damasco ("Declaration"), and finding that there is good cause for the motion,

**IT IS HEREBY ORDERED** that:

1.  The Clerk of the Court shall issue a check on Court Registry Account Number 05CV10074, under the case name designation "SEC v. Patricia B. Rocklage et al., Civil Action No. 05-CV-10074," in the amount of $1,675, payable to "Damasco & Associates, LLP," for the payment of fees and expenses of the Tax Administrator, as provided in the Declaration. The check shall contain the notation "SEC v. Patricia B. Rocklage et al. Distribution Fund, Invoice No. 17705".

2.  The Clerk shall send the check by first class mail to:

    Damasco & Associates, LLP

700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: (650) 726-4100

Dated: 2/27/08

_____
UNITED STATES DISTRICT JUDGE